UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JORDAN ALI,

                Defendant.

**DECISION AND ORDER
12-CR-45S**

1. On August 6, 2015, the Defendant entered into a written plea agreement (Docket No. 217) and pled guilty to Counts 1 and 2 of the Superseding Indictment (Docket No. 59) charging a violation of Title 21 U.S.C. § 846 (conspiracy to possess with intent to distribute, and to distribute, 5 kilograms or more of cocaine and 100 kilograms or more of marijuana) and Title 18 U.S.C. § 1956(h), (money laundering conspiracy).

2. On August 6, 2015, the Honorable Leslie G. Foschio, United States Magistrate Judge, filed a Report and Recommendation (Docket No. 220) recommending that Defendant's plea of guilty be accepted and the Defendant adjudicated guilty.

3. This Court has not received objections to the Report and Recommendation in accordance with 28 U.S.C. §636(b)(1) and Local Rule 59(b).

4. This Court has carefully reviewed *de novo* Judge Foschio's August 6, 2015, Report and Recommendation, the plea agreement, the Superseding Indictment, and the applicable law. Upon due consideration, this Court finds no legal or factual error in Judge Foschio's Report and Recommendation, and will accept Judge Foschio's

recommendation that Defendant's plea of guilty be accepted and that the Defendant be adjudicated guilty as charged.

IT HEREBY IS ORDERED, that this Court accepts Judge Foschio's August 6, 2015, Report and Recommendation (Docket No. 220) in its entirety, including the authorities cited and the reasons given therein.

FURTHER, that the plea of guilty of Defendant, Jordan Ali is accepted, and he is now adjudged guilty of Title 21 U.S.C. § 846 and Title 18 U.S.C. 1956(h).

SO ORDERED.

Dated: August 25, 2015
Buffalo, New York

                                                    s/William M. Skretny
                                                    WILLIAM M. SKRETNY
                                                    United States District Judge